IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHELLE MONTOYA; HERMAN ROMERO; DEBORAH VALENCIA; CANDACE SEAVERNS; JOSEPH SEAVERNS; SEAVERNS FAMILY LIVING TRUST; SAM ARTHUR; TAMARA FRASER; GREGORY LUNGSTRUM; JUDITH BUCKER-LUNGSTRUM; DANIEL JOSLIN; VICKI JOSLIN; TOBIN DOLAN; LYDIA DOLAN; DOROTHY JONES; TANGEE DOLAN; NORMA NIX; MARY ANN FISHER; JAMES NIX; ANTHONY BROTHERS; YVETTE BROTHERS; KENNETH BACA; MARIA ELENA BACA; DUANE OLLINGER; LEON MARTINEZ; JOHN ELLIS III; LYNNITA ELLIS; MANUEL CHACON; MARY CHACON; CARLOS BUSTOS; ELIZABETH BUSTOS; ELIZABETH JONES; DEBORAH LEYBA; WILLIAM ZAMORA; BENSON DURUAKU; ALVIN MARTINEZ; WILLIAM ROBINSON and EMILY TORRES,

        Plaintiffs,

vs.                                                                                                                                                  No. CIV 23-0977 JB/JFR

FEDERAL EMERGENCY MANAGEMENT AGENCY; NATIONAL RESOURCES CONSERVATION SERVICES and ANGELA GLADWELL, in her official capacity as Administrator of the Federal Emergency Management Agency,

        Defendants.

**FINAL JUDGMENT**

        **THIS MATTER** comes before the Court on the Stipulated Dismissal, filed August 5, 2024 (Doc. 54)("Stipulated Dismissal"). In the Stipulated Dismissal, the Plaintiffs stipulate to the dismissal with prejudice of all claims against the Defendants. See Stipulated Dismissal at 1. Given

- 2 -

that there are no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) all the Plaintiffs' claims against the Defendants are dismissed with prejudice; (ii) the Amended Complaint for Declaratory & Injunctive Relief, filed December 4, 2023 (Doc. 3), is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Brian S. Colon
Jacob Payne
Singleton Schreiber LLP
Albuquerque, New Mexico

-- and --

Gerald Singleton
Jonna Lothyan
Benjamin I. Siminou
Krystle D. Berkstresser
Singleton Schreiber LLP
San Diego, California

    *Attorneys for the Plaintiffs*

Alexander M.M. Uballez
  United States Attorney
Nicholas M. Sydow
Robert D. Ortega
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*